*Mr. Sidney M. Logan,* and *Messrs. Nolan & Loeb,* for Appellants.

---

No. 2,041.—STATE EX REL. CITY OF BUTTE ET AL., RELATORS, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original—Writ of supervisory control.

Decided February 9, 1904.

PER CURIAM.—Relator's application for a writ of supervisory control, or some other appropriate writ herein, is hereby denied.

*Mr. Bernard Noon,* for Relators.